UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SECURITIES AND EXCHANGE COMMISSION,**

                **Plaintiff,**

      **v.**                          Case No. 16-cv-24872-KMW

**RAFAEL ANTONIO CALLEJA, JR.,**

                **Defendant.**

## PLAINTIFF'S NOTICE OF FILING CONSENT OF DEFENDANT RAFAEL ANTONIO CALLEJA, JR. AND REQUEST FOR ENTRY OF FINAL JUDGMENT

Plaintiff Securities and Exchange Commission hereby files the attached signed Consent of Defendant Rafael Antonio Calleja, Jr. to entry of Final Judgment ("Final Judgment"). Accordingly, Plaintiff respectfully requests entry of the attached proposed Final Judgment, which will resolve the entirety of this matter against Defendant without the need for trial.

                                            Respectfully submitted,

Dated:   November 22, 2016         *s/Andrew O. Schiff*
                                                    Andrew O. Schiff
                                                    Regional Trial Counsel
                                                    S.D. Fla. No. A5501900
                                                    Direct Dial: (305) 982-6390
                                                    E-mail: schiffa@sec.gov

                                                    Scott A. Lowry
                                                    Senior Counsel
                                                    D.C. Bar. No. 492865
                                                    Direct Dial:  (305) 982-6387
                                                    Facsimile:  (305) 536-4120
                                                    Email:  lowrys@sec.gov

1

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing was served by email and U.S. mail on November 22, 2016 on all counsel or parties of record in the Service List below.

*s/Andrew O. Schiff*
Andrew O. Schiff

### SERVICE LIST

*SEC v. Rafael Antonio Calleja, Jr., Case No. 16-cv-24872-KMW (S.D. Fla.)*

Leonard H. Bloom, Esq.
Akerman LLP
Three Brickell City Centre
98 Southeast Seventh Street
Miami, FL 33131
Email:  leonard.bloom@akerman.com
*Attorney for Defendant*

2